**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01819-LTB-MEH

ANGELIQUE THOMAS,

       Plaintiff,

v.

BC SERVICES; and
DOES 1-10, inclusive,

       Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc 16 - filed February 23, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   February 23, 2011